Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 SEP 11 PM 2:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| Jewish War Veterans of the United States of America, Inc. (& attached) vs Donald H. Rumsfeld, Secretary of Defense, in his official capacity | SUMMONS IN A CIVIL ACTION Case No. 06-cv-1728 JAH (NLS) |

TO: (Name and Address of Defendant)

Donald H. Rumsfeld
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David Blair-Loy, ACLU Foundation of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA  92138-7131

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | AUG 2 4 2006 |
|---|---|
| CLERK | DATE |

By  L. ODIERNO , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| Jewish War Veterans of the United States of America, Inc. (& attached) | |
|---|---|
| vs | SUMMONS IN A CIVIL ACTION |
| Donald H. Rumsfeld, Secretary of Defense, in his official capacity | Case No. 06-cv-1728 JAH (NLS) |

FILED
06 SEP 11 PM 2:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TO: (Name and Address of Defendant)

Donald H. Rumsfeld
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David Blair-Loy, ACLU Foundation of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92138-7131

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | AUG 2 4 2006 |
|---|---|
| CLERK | DATE |

By  L. ODIERNO , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



<u>ATTACHMENT TO SUMMONS:  Case no. 06-cv-1728</u>

ADDITIONAL PLAINTIFFS:

RICHARD A. SMITH,
MINA SAGHEB, and
JUDITH M. COPELAND