1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  STEVE TRUNK and PHILIP K. PAULSON, | CASE NO. 06cv1597-LAB (WMc) (Consol. w/06cv1728-LAB (WMc) |
| 12 | |
| 13                        Plaintiffs, | **ORDER RE: *EX PARTE* APPLICATION FOR** |
| vs. | **PUBLICATION OF ORDER; AND** |
| 14 | **ORDER RE: CAPTION** |
| CITY OF SAN DIEGO, UNITED STATES | |
| 15  OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 | |
| 16  through 100, inclusive, | |
| 17                        Defendants. | |

18   MOUNT SOLEDAD MEMORIAL
     ASSOCIATION,

19
                    Real Parties in Interest.
20   _____

21   JEWISH WAR VETERANS OF THE
     UNITED STATES OF AMERICA, INC.,
22   RICHARD A. SMITH, MINA SAGHEB,
     and JUDITH M. COPELAND,
23
24                        Plaintiffs,

25          vs.

26   DONALD H. RUMSFELD, Secretary of
     Defense, in his official capacity,
27
                        Defendant.
28

- 1 -                                                         06cv1597

**I.      Publication**

On November 8, 2007, *amicus* Pacific Justice Institute filed an *ex parte* application asking the Court to issue an order requiring the publication of its order of November 7, 2007. This application was not opposed.

Ordinarily, the Court does not designate particular orders for publication.  Following promulgation of Fed.  R.  App.  Proc.  32.1, the distinction between published and unpublished opinions has little effect on the precedential value of orders issued after January 1, 2007.  However, for good cause shown, the Court will seek publication of this order.

**II.     Caption**

In order to reflect the fact that Plaintiff Paulson is deceased, Paulson's name shall hereafter be omitted from the caption in case number 06cv1597-LAB (WMc).  Additionally, to reflect the fact that Robert M. Gates has succeeded Donald H. Rumsfeld as Secretary of Defense, Robert M. Gates' name shall hereafter be used in place of Donald H. Rumsfeld's name in the caption of case number 06cv1728-LAB (WMc).  The Clerk is directed to change the docket to reflect the fact that Plaintiff Paulson is terminated as a party.

**IT IS SO ORDERED**.

DATED: November 30, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge